UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO. 5:23-CR-22-MTT |
| : | |
| NATHANIEL JARVOCUS SMITH, : | |
|     Defendant. : | |
| : | |

## ORDER DISMISSING THE INDICTMENT

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Nathaniel Jarvocus Smith. The Government has indicated that based on new charges against the Defendant at the state level, the interests of justice are better served by this dismissal.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss with prejudice. Accordingly, pursuant to Rule 48(a), the charge against Defendant Nathaniel Jarvocus Smith is DISMISSED.

**SO ORDERED**, this 3rd day of June, 2025.

                S/ Marc T. Treadwell
                MARC T. TREADWELL, JUDGE
                UNITED STATES DISTRICT COURT